| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JASON BALL<br><br>                Defendant. | Case No. 1:18-po-00319-SAB<br><br>[Citation #6044806 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

      The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00319-SAB [Citation #6044806 CA/74] against JASON BALL without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: December 19, 2018                    Respectfully submitted,

                                                       McGREGOR W. SCOTT
                                                       United States Attorney

                                     By:     /s/ Gary M. Leuis
                                                       GARY M. LEUIS
                                                       Special Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00319-SAB [Citation #6044806 CA/74] against JASON BALL be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__

UNITED STATES MAGISTRATE JUDGE